UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY LLOYD,

        Plaintiff,

v.

STATE OF WASHINGTON,

        Defendant.

Case No. C04-5859FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the record herein, including Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, and no objections to the Report and Recommendation having been filed, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED WITHOUT PREJUDICE** for failure to keep the court apprized of a current address as required by Local Rule 41 (b) (2).

(3) Clerk is directed to send copies of this Order to plaintiff, counsel for any defendants who have appeared, and to the Hon. J. Kelley Arnold.

DATED this 20th day of April 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1